# Habeaus Corpus Petition

FILED BY _MW_ D.C.
OCT 01 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To whom this concerns-

My name is Ryan Knudsen Federal number 02030 I am currently being held in FDC Miami. On or around April 17th 2019 I was detained by US Marshalls from the Salvation Army (RRC) in West Palm Beach, FL, for what I was told was a threat over the phone complaint filed by my sister through her lawyer. From April 17th 2019 to July 11th 2019 I sat under investigation, and had not heard from anyone from the RRC, or the CCM's office concerning my re-incarceration. August 12th 2019 I was scheduled to by released to probation from FDC Miami, on July 11th 2019 I realized my release date of August 12th 2019 changed to May 23rd 2019, thus being entered into the Sentry Computer System as a RDAP Failure. upon questioning my Early Release date, and RDAP status change I am informed that someone has entered into Sentry that I have an incident report for a Violation of a order of protection, and I was sanctioned by A DHO officer by RDAP failing me and removing my Early Release date. For months now I've been trying to get answers from staff here at FDC miami and also by having my Fiance contact the CCM's office A Ms. Darlene Tyler, also the Regional Central office and we have both gotten nowhere. I have requested copies of the incident report and the DHO report from multiple staff at this facility and am continued to be told there is no incident report, and therefore is no DHO report. It is my understanding that if I'm not found guilty of anything from a DHO officer then there is no reason to take away my Early Release date, and remove me permanetly from a RRC. It is now September 25th 2019, my Early Release date was August 12th 2019. I am seeking answers cause I can not get any here in FDC miami they are only telling me I'm being sent back to prison for a incident report that doesn't exist. I believe someone has sabotaged my Early Release date by falsely entering a incident report into Sentry for violation of a order of protection, one because I have no such order of protection against me. I'm asking for the courts to look into this matter or appoint me a public defender to assist me in the matter.

Ryan Knudsen #26990

MIAMI FL 331
26 SEP 2019 PM 4 L

Ryan Knudsen #12699-030
Federal detention Center Miami
P.O. Box 019120
Miami, FL 33101

Clerk of Courts
United States Courthouse
400 North Miami Ave.
Miami, FL 33101

33128-771593